No. 88–418.  SHANKS ET AL. v. ESTES PARK BANK.  Ct. App. Colo.  Certiorari denied.

No. 88–419.  GRABNER v. CONTI.  C. A. 3d Cir.  Certiorari denied.

No. 88–422.  RADO v. CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 88–426.  AUBURN NATIONAL BANK OF AUBURN v. SANDA ET AL.  Ct. App. Ind.  Certiorari denied.

No. 88–432.  GABRIEL ELECTRONICS, INC. v. ANDREW CORP. C. A. Fed. Cir.  Certiorari denied.

No. 88–433.  TERRYDALE LIQUIDATING TRUST v. BARNESS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 88–435.  GEEAR v. BOULDER COMMUNITY HOSPITAL.  C. A. 10th Cir.  Certiorari denied.

No. 88–438.  DOZIER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–444.  LOTT v. FIREMEN AND POLICEMEN'S PENSION FUND BOARD OF TRUSTEES OF SAN ANTONIO, TEXAS.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 88–445.  BROAD ET UX. v. CONWAY ET AL.  C. A. 2d Cir. Certiorari denied.

No. 88–455.  DE WIEST v. TARLETON STATE UNIVERSITY. C. A. 5th Cir.  Certiorari denied.

No. 88–460.  PAYNE v. GANNON.  Ct. App. Tex., 5th Dist. Certiorari denied.

No. 88–466.  TRINSEY v. STATE ETHICS COMMISSION OF PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–476.  DELUMEN v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.  Certiorari denied.